UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLYN D. MEBANE,**

    **Plaintiff,**                                                     **CASE NO.:  3:12-CV-01211-HLA-TEM**

**COMMERCIAL RECOVERY SYSTEMS, INC.**

    **Defendant.**

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Carlyn D. Mebane, pursuant to the Local Rules of this Court, hereby provides notice that Plaintiff and Defendant, Commercial Recovery Systems, have reached a resolution of the dispute that is the subject of this lawsuit.  The parties are presently formalizing the terms of that resolution into a written settlement agreement and will file an appropriate notice of dismissal (anticipated within approximately 30-60 days) upon the completion of certain obligations set forth in their agreement.

Dated: May 7, 2013

                                          Respectfully submitted,

                                          /s/ Max Story_____
                                        MAX STORY, ESQ.
                                        Florida Bar:  0527238
                                        233 E. Bay Street, Suite 920
                                        Jacksonville, Florida 32202
                                        (904)355-0805 (p)
                                        (904)634-1507 (f)
                                        max@collinsstorylaw.com
                                        Attorney for Plaintiff