UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLYN D. MEBANE,**

    **Plaintiff,**　　　　　　　　　　　**CASE NO.: 3:12-CV-01211-HLA-TEM**

**COMMERCIAL RECOVERY SYSTEMS, INC.**

    **Defendant.**

_____/

## PLAINTIFF'S RESPONSE TO SHOW CAUSE

    COMES NOW Plaintiff, by and through undersigned counsel, and files this response to the Court's Order to Show Cause dated April 23, 2013 and states as follows:

1.  Plaintiff filed her Complaint on November 2, 2012 and the Defendant was served on November 16, 2012.

2.  Defendant's in house counsel, Jeff Wood, Esq. (licensed in Texas) contacted Plaintiff's counsel shortly after service to discuss settlement of the Complaint.

3.  Plaintiff filed for a clerk's default against Defendant, Commercial Recovery Systems, Inc. on April 25, 2013 and a notice of settlement on May 7, 2013.  Plaintiff had a great deal of difficulty having the Defendant respond to communications from Plaintiff's counsel.

3.  Counsel for Plaintiff sincerely apologizes to this Court for the inconvenience caused by the delay.

    WHEREFORE, Plaintiff prays that the Court accept this Response to Show Cause and respectfully requests that sanctions not be imposed.

Respectfully submitted,

  /s/ Max Story
MAX STORY, ESQ.
Florida Bar:  0527238
233 E. Bay Street, Suite 920
Jacksonville, Florida 32202
(904)355-0805 (p)
(904)634-1507 (f)
max@collinsstorylaw.com
Attorney for Plaintiff