UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLYN D. MEBANE,**
         **Plaintiff,**

                                                    **CASE NO.: 3:12-CV-01211-HLA-TEM**

**COMMERCIAL RECOVERY SYSTEMS, INC.**
         **Defendant.**
_____/

## MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff, CARLYN D. MEBANE, by and through undersigned counsel, and pursuant to the Local Rules of this Court, hereby moves to dismiss this case with prejudice as this matter has been settled.

Dated: June 13, 2013

*/s/ Max Story*
Max Story
Collins & Story, P.A.
Florida Bar No. 527238
233 East Bay Street, Suite 920
Jacksonville, Florida  32202
Phone: 904- 355-0805; Fax: 904-634-1507
E-mail: mspleadings@collinsstorylaw.com