UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**CARLYN D. MEBANE**,

    Plaintiff,

v.                                              Case No. 3:12-cv-1211-J-25TEM

**COMMERCIAL RECOVERY SYSTEMS, INC.**,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on Plaintiff's Motion for Dismissal with Prejudice (Dkt. 16). It is

**ORDERED** that the Motion (Dkt. 16) is **GRANTED**. This action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida, this 14th day of June, 2013.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:     Counsel of Record